IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Abukar H. Ahmed,                          :

       Plaintiff,              :         Civil Action 2:10-cv-342

v.                                        :         Judge Smith

Abdi A. Magan,                            :         Magistrate Judge Abel

       Defendant.              :

## DISCOVERY ORDER

On March 29, 2012, the Magistrate Judge conducted a telephone status conference, in which Plaintiff's counsel participated, concerning Defendant's deposition, which has been noticed for April 10, 2012.

Pursuant to the telephone conference, it is **ORDERED** that Defendant Abdi Aden Magan communicate with Plaintiff's counsel no later than the close of business in Eastern Daylight Time on **April 3, 2012** to advise them whether he intends to attend his deposition duly noticed for April 10, 2012, and whether he intends to represent himself or to engage new counsel.

Defendant is cautioned that, under Fed. R. Civ. P. 37(b)(2)(A), a party failing to obey a discovery order and failure of a party to attend his deposition may be subject to sanctions up to and including the rendition of default judgment against the disobedient party.

Plaintiff is **ORDERED** to serve a copy of this Order upon Plaintiff Abdi Aden Magan by both email and express mail within three days of counsel's receipt of this Order.

s/Mark R. Abel<br>
United States Magistrate Judge