IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ABUKAR H. AHMED, | : | |
| Plaintiff | : | Civil Action 2:10-cv-342 |
| v. | : | Judge Smith |
| ABDI A. MAGAN, | : | Magistrate Judge Abel |
| Defendant | : | |

## DISCOVERY ORDER

This matter is before the Court pursuant to Plaintiff's motion to compel Defendant Abdi Aden Magan to produce certain documents in response to Plaintiff's First Request for the Production of Documents and to supplement Defendant's responses to Plaintiff's First Set of Interrogatories.

For good cause shown, the Motion (Doc. 82) is **GRANTED**.  Defendant is hereby **ORDERED** to produce all relevant documents previously requested in Plaintiff's First Request for the Production of Documents, and to supplement the responses to Plaintiff's First Set of Interrogatories identified by Plaintiff as deficient in his Motion to Compel.

Plaintiff is **ORDERED** to serve a copy of this Order via email and express mail upon Abdi Aden Magan within three (3) days of the date of entry of this Order.

s/Mark R. Abel
United States Magistrate Judge