IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Abukar H. Ahmed,  :

        Plaintiff  :  Civil Action 2:10-cv-342

v.  :  Judge Smith

Abdi A. Magan,  :  Magistrate Judge Abel

        Defendant  :

**ORDER ON PROTECTIVE ORDER COMPLIANCE**

On May 31, 2012, Plaintiff filed a motion to compel Defendant Abdi Aden Magan ("Defendant") to acknowledge the terms of the Court's April 26, 2012 Protective Order, and to provide instructions for compliance therewith. Defendant having made no opposition, and good cause for the motion having been shown, the Court **GRANTS** the motion (Doc. 86). Accordingly:

Defendant is hereby **ORDERED** to provide the Court with an express written acknowledgment that he intends to comply with this Court's Protective Order, particularly with respect to Plaintiff's personal medical records, including expert medical and psychiatric reports.

It is further **ORDERED** that Defendant provide Plaintiff written instructions describing the means by which Plaintiff can produce his medical records, including expert medical and psychiatric reports, to Defendant in compliance with the Protective Order.

It is further **ORDERED** that in the event Defendant fails to provide such acknowledgment and instructions by August 3, 2012, the Court deems that Plaintiff has complied with his discovery obligations under the Federal Rules of Civil Procedure such that he may rely on the confidential medical records, including expert medical and psychiatric reports, in any case-dispositive motions that Plaintiff may file and at trial.

It is further **ORDERED** that Plaintiff will serve a copy of this Order via email and Express Mail upon Abdi Aden Magan within 3 days of the date of receipt of this Order by counsel for Plaintiff, Abukar Hassan Ahmed.

s/Mark R. Abel  
United States Magistrate Judge