UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Abukar Hassan Ahmed,**

        **Plaintiff,**                                Case No. 2:10-cv-00342
                                                                        JUDGE SMITH
                                                                         Magistrate Judge Abel

     **v.**

**Abdi Aden Magan,**

        **Defendant.**

## ORDER

This matter is before the Court for consideration of the United States Magistrate Judge's August 20, 2013 Report and Recommendation (Doc. 112) recommending that Plaintiff Abukar Hassan Ahmed be awarded $5,000,000 in compensatory damages and $10,000,000 in punitive damages as a result of Defendant Abdi Aden Magan's brutal and egregious conduct.

The Report and Recommendation specifically advises Defendant that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to *de novo* review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report and Recommendation at 13-14). The time period for filing objections to the Report and Recommendation has expired. Defendant has not objected to the Report and Recommendation.

The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation. Accordingly, final judgment shall be entered in favor of Plaintiff

awarding him $5,000,000 in compensatory damages and $10,000,000 in punitive damages.

The Clerk shall remove this case from the Court's pending cases list.

**IT IS SO ORDERED.**

                                                      _s/ George C. Smith_  
                                                      **GEORGE C. SMITH, JUDGE**  
                                                      **UNITED STATES DISTRICT COURT**